

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| | § | No. 08-22-00229-CR |
| | § | |
| | | Appeal from the |
| EX PARTE: MOISES GALVAN, | § | |
| | | 168th District Court |
| Appellant. | § | |
| | | Of El Paso County, Texas |
| | § | |
| | | (TC#20170D00969) |
| | § | |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 16TH DAY OF MARCH 2023.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Soto, JJ.